**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANTRELL TEEN, | ) | |
| #461504, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 18-cv-01262-JPG** |
| | ) | |
| C/O GERMAINE, | ) | |
| SGT. COOK, and | ) | |
| SGT. BOUTNAM, | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF IMPENDING DISMISSAL**

**GILBERT, District Judge:**

On June 12, 2018, Plaintiff Antrell Teen filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. In the Complaint, Plaintiff claims that officials at St. Clair County Jail retaliated against him for filing lawsuits by denying him access to legal services and ignoring his grievances. (Doc. 1, pp. 1-2). He seeks declaratory judgment and monetary damages against Officer Germaine, Sergeant Cook, and Sergeant Boutnam. (Doc. 1, p. 3). This case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion").

On June 12, 2018, the Clerk of Court sent Plaintiff a letter concerning the action. (Doc. 2). In it, Plaintiff was advised that he must pay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, on or before **July 12, 2018**). *Id*. He was warned that failure to do so may result in dismissal of the action. *Id*. Included with this letter was a form IFP Motion. (Doc. 2-2, pp. 1-3). To date, Plaintiff has failed to pay the filing fee for the action or file an IFP

Motion.  He will be given an additional twenty-one (21) days to comply with this Order before his case is dismissed.

Accordingly, Plaintiff is **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **August 2, 2018**.  If Plaintiff files an IFP Motion, the Court must review his trust fund account statement for the 6-month period immediately preceding the filing of this action.  Thus, he must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 11/1/2017 through 6/12/18.  This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.  The Clerk has already provided Plaintiff with a copy of the form IFP Motion along with Doc. 2 and does not need to send him another form at this time.

Plaintiff is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address.  The Court will not independently investigate Plaintiff's whereabouts.  This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED: July 12, 2018**

s/J. Phil Gilbert
**District Judge**
**United States District Court**